UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JON R. DEUTSCH § | |
| § | **CIVIL ACTION NO. 1:15-CV-972-SS** |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| DEBORAH OBREGON § | |
| § | |
| **Defendant** § | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Plaintiff Jon R. Deutsch has agreed to grant Defendant, a 31-day extension to its deadline to file an Answer.  The current answer due date is November 20, 2015.  With the 31-day extension, the new answer due date will be December 21, 2015.

The parties, accordingly, move that the Court extend Defendant's deadline to file an Answer to December 21, 2015 in accordance with Federal Rule of Civil Procedure 12.  Parties are currently evaluating the case.  This extension is not sought to delay justice, but so that the parties may further discuss the issues.

Dated:   NOVEMBER 9, 2015

Respectfully submitted,

For Plaintiff Jon R. Deutsh

/s/ Omar W. Rosales
Omar W. Rosales

Texas Bar No. 24053450
Western District No. 690657
THE ROSALES LAW FIRM, LLC
PO Box 6429
Austin, Texas 78762-6429

1

(512) 520-4919 Tel
(512) 309-5360 Fax
omar@owrosales.com

CERTIFICATE OF SERVICE

I, Omar W. Rosales, do hereby certify that this AGREED MOTION FOR EXTENSION OF TIME was served upon all attorneys of record via the TXW_USDC case filing system on November 9, 2015.

/s/ Omar W. Rosales
Omar W. Rosales